1443

## RECONSIDERATION DOCKET

**99–1107.   State v. Homan.**
Erie App. No. E–97–100. Reported at 87 Ohio St.3d 1413, 717 N.E.2d 345. On motion for reconsideration and on *amicus curiae* motion for leave to file under S.Ct.Prac.R. XI of Ohio Prosecuting

Attorneys Association. Motions granted and discretionary appeal allowed.

COOK and PFEIFER, JJ., dissent.

RESNICK, J., not participating.